IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE ) NO. 1:16mj104
CRIINAL COMPLAINT AGAINST )
)
**RICHARD SPENCER FLYNN** )

FILED
ASHEVILLE, N.C.

SEP 27 2016

U.S. DISTRICT COURT
W. DIST. OF N.C.

## ORDER SEALING CRIMINAL COMPLAINT AND AFFIDAVIT

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaint and Affidavit, the arrest warrant, the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, the affidavit, the arrest warrant, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 27th day of September, 2016.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA